Opinion issued May 31, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00055-CV

———————————

HARRIS
COUNTY, THE HARRIS COUNTY EDUCATION DEPARTMENT, THE PORT OF HOUSTON AUTHORITY
OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY
HOSPITAL DISTRICT, THE HOUSTON INDEPENDENT SCHOOL DISTRICT, THE CITY OF
HOUSTON, AND HOUSTON COMMUNITY COLLEGE SYSTEM, Appellants

V.

BETTYE M. SHEPPARD, INDIVIDUALLY AND
AS THE SOLE HEIR TO THELMA SLUSHER ALEO AND PETER G. ALEO, Appellee



 



 

On Appeal from the 152nd District Court

Harris County, Texas



Trial Court Cause No. 2004-54234

 



MEMORANDUM OPINION

On May 11, 2012, appellants Harris County, the
Harris County Education Department, the Port of Houston Authority of Harris
County, the Harris County Flood Control District, the Harris County Hospital
District, the Houston Independent School District, and the City of Houston filed
an unopposed motion to dismiss the appeal. 
On May 17, 2012, appellant Houston Community College System filed an
unopposed motion to dismiss the appeal. 
No opinion has issued. 
Accordingly, we grant the motion and dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Higley, Sharp, and Huddle.